No. 93–5423. CALIA *v.* TURNBOW ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–5424. CARROLL *v.* GROSS ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–5425. BURT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5426. AUGUSTIN *v.* WIGEN, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 93–5427. FASS *v.* DALTON, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 93–5429. HILL *v.* MUNCY BOROUGH COUNCIL ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–5432. SOLOMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5433. SIEGEL *v.* BERKHEIMER ASSOCIATES. Super. Ct. Pa. Certiorari denied.

No. 93–5434. MURRAY *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION (AND DIAGNOSTIC AND CLASSIFICATION CENTER) AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 93–5435. URBAEZ-FELIZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5436. THURMON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5437. BAIRD *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 93–5438. ORTEGA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5439. TAFALLA-ORBINO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.